Glynn W. Gilcrease, Jr., Esq. (#003407)
LAW OFFICE OF GLYNN W. GILCREASE, JR., P.C.
4500 S. Lakeshore Dr., Suite 368
Tempe, Arizona 85282
Tel.: (480) 897-0990
glynn@gilcreaselaw.com

Sevrin J. Huselid, Esq. (#003586)
HUSELID & HUSELID PC
P.O. Box 743
Globe, Arizona  85502
Tel.: (928) 425-3225
sev@huselidlaw.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| LINDA SISTO, a widow; TASHINA SISTO, an unmarried woman; TYRELL SISTO, an unmarried man; JEREMY SISTO, an unmarried man; KASHINA SISTO, an unmarried woman; LANNETTE SISTO, an unmarried woman; and PURCELL SISTO, an unmarried man,<br><br>     Plaintiffs,<br><br>               v.<br><br>THE UNITED STATES OF AMERICA,<br><br>      Defendant, | Case No.:<br><br>**COMPLAINT** |

    Plaintiffs LINDA SISTO, TASHINA SISTO, TYRELL SISTO, JEREMY SISTO, KASHINA SISTO, LANNETTE SISTO, and PURCELL SISTO, "hereinafter the Sisto family" for their Complaint against the Defendant, allege as follows:

1

## JURISDICTION AND VENUE

1. The Court has jurisdiction over the claims against the United States of America pursuant to 28 U.S.C. § 1346 (b).  On or about July 22, 2019, the Sisto family filed an administrative claim with the appropriate agencies, to wit, the United States Indian Health Services, the United States Department of Health and Human Services, and the Department of Justice/United States Attorney in compliance with 28 U.S.C. Section 2675. Now six months after the administrative claim has been filed, the agencies have taken no action on said claim.  The Sisto family treat their claim as being rejected and file this action pursuant to the Federal Tort Claims Act.

2. The acts giving rise to this action occurred on the San Carlos Apache Reservation in Arizona, making venue proper in this district pursuant to 28 U.S.C. § 1402(b).

3. The medical care complained of was rendered at the San Carlos Apache Healthcare Corporation Hospital on the San Carlos Apache Reservation in the State of Arizona.

## FEDERAL TORT CLAIMS ACT

4. This action is brought pursuant to the Federal Tort Claims Act ("FTCA"). The Sisto family's claims are for money damages arising from the wrongful death of Tyrone Sisto caused by the medical negligence of Federal Government employees acting within the scope of their employment under circumstances where a private person would be liable under Arizona state law.

5. At all times relevant to this action, physicians, nurses, and medical personnel at the San Carlos Apache Healthcare Corporation Hospital were employees working in the course and scope of their employment for the Indian Health Services, now the United States Public Health Service, a United States government agency providing health and medical services to the San Carlos Apache people under the auspices of the United States Department of Health and Human Services, which are also agencies of the United States of America.

6. Plaintiff Linda Sisto is the natural mother of the decedent Tyrone Sisto, Plaintiffs Tashina Sisto, Tyrell Sisto, Jeremy Sisto, Kashina Sisto, Lannette Sisto and Purcell Sisto are the natural born children of Tyrone Sisto, who died on August 8, 2017.

7. The United States of America, through its agencies, the Department of Health and Human Services and Indian Health Services, now the United States Public Health Service, operates the San Carlos Apache Healthcare Corporation Hospital.

8. The Sisto family allege upon information and belief that Dr. Rickey Gross was, and at all times material hereto, an employee of San Carlos Apache Healthcare Corporation Hospital and a resident of the State of Arizona.

9. At all times material hereto Dr. Rickey Gross was acting within the course and scope of his employment with San Carlos Apache Healthcare Corporation Hospital and the United States of America.

**FACTUAL ALLEGATIONS**

10. On August 4, 2017, Tyrone Sisto was fifty-one years old when he presented to the San Carlos Apache Healthcare Corporation Hospital for headache, body aches and poor appetite with an onset of three days prior.  He was an otherwise healthy 51 year-old man.

11. At the hospital Tyrone was seen by Dr. Rickey Gross, an employee of San Carlos Apache Healthcare Corporation Hospital.

12. The results of his lab results were notable for Hyponatremia, hyperglycemia, elevated liver enzymes, elevate bilirubin and thrombocytopenia.

13. Dr. Gross' documented assessment of Tyrone was:  1. Viral syndrome, 2. Viral myalgia.  After receiving IV fluids, pain and nausea medication he was discharged home.

14. There was no explanation given by Dr. Gross as to why a diagnosis of viral illness was founded.  Dr. Gross did not examine Tyrone for Rocky Mountain Spotted Fever, and did not prescribe or start him on Doxycycline despite being in a region known for a high prevalence of this disease.

15. On August 8, 2017 just four days after presenting himself to Dr. Gross at the emergency room in San Carlos Apache Healthcare Corporation Hospital, Tyrone was found dead in his home. He had a rash all over his body and there were ticks all over the room and one on his body.

16. On August 28, 2017 the Center for Disease Control issued a final report of Tyrone's blood drawn on August 4, 2017 during his hospital visit which confirmed Rocky Mountain Spotted Fever via Rickettsia molecular detection.

## MEDICAL NEGLIGENCE

17. The Sisto family re-allege and incorporate by reference all allegations set forth in the preceding paragraphs of the complaint.

18. In providing medical care, attention, treatment and advice to Tyrone Sisto as described above, Defendant and their agents and employees failed to administer that degree of care, skill and learning expected of a reasonable healthcare provider in the same profession, class and/or applicable medical area or specialty in this state acting in the same or similar circumstances; and such failures constituted medical negligence and resulted in and were the cause of emotional injuries to the Sisto family and the death of Tyrone Sisto.

19. As a direct and proximate result of the negligence of Defendant, and its agents and employees, the Sisto family have and will continue to suffer emotional injuries and distress over the suffering and death of Tyrone Sisto.

WHEREFORE, the Sisto family demands judgment against Defendant as follows:

A. For general and special damages that a jury or Court could consider to be full, fair and just compensation including, but not limited to, damages for the wrongful death of TYRONE SISTO, whose family has suffered severe grief, loss of support, love, affection, warmth and companionship as a result of his death;

B. For an award of taxable costs in connection with this action; and

C. For such other and further relief as the Court deem just and proper.

RESPECTFULLY SUBMITTED this 28th day of January, 2020.

        LAW OFFICE OF GLYNN W. GILCREASE, JR., P.C.

        By: /s/ Glynn W. Gilcrease, Jr.
        Glynn W. Gilcrease, Jr., Esq.
        4500 S. Lakeshore Dr., Suite 368
        Tempe, Arizona 85282
        *Attorney for Plaintiffs*

        HUSELID & HUSELID PC

        By: /s/ Sevrin J. Huselid, Esq.
        Sevrin J. Huselid, Esq.
        P.O. Box 743
        Globe, Arizona  85502
        *Attorney for Plaintiffs*